KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-kfs@cpdb.com,
ef-jdg@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

JAMES ATTRIDGE (State Bar No. 124003)
LAW OFFICES OF JAMES ATTRIDGE
270 Divisidaro Street, #3
San Francisco, California 94117
Telephone: (415) 552-3088
E-mail: jattridge@attridgelaw.com

Attorney for Defendants
FOGWOMAN, INC., dba TRADEWINDS,
and ELIZABETH DAVIS, individually

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | Case No. CV 09-05632 SI |
| Plaintiffs, | Action filed: November 30, 2009 |
| v. | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| FOGWOMAN, INC. d/b/a TRADEWINDS and ELIZABETH DAVIS, individually, | |
| Defendants. | |

The parties in the above-referenced action, by and through their counsel of record, stipulate and agree to continue the Case Management Conference now scheduled for May 14, 2010 at 3:00 p.m. to June 23, 2010, at 3:30 p.m.

///

///

13389.006.1423174v1            1            Case No. CV 09-05632 SI
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

This request is made in light of the parties' scheduled mediation of this matter on May 19, 2010. Continuing the Case Management Conference would promote judicial economy and serve the interests of the parties in possibly resolving this matter without further litigation.

DATED: May 10, 2010

Respectfully,

KAREN S. FRANK
JULIA D. GREER
COBLENTZ, PATCH, DUFFY & BASS LLP
A Professional Corporation

By: *//s// Karen S. Frank*
    KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

DATED: May 10, 2010

Respectfully,

By: *//s// James Attridge*
    JAMES ATTRIDGE

Attorneys for Defendants FOGWOMAN, INC., dba TRADEWINDS and ELIZABETH DAVIS, individually

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____　　　　 _____
                                              SUSAN ILLSTON
                                              United States District Judge