1

2   IN THE UNITED STATES DISTRICT COURT

3   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   BROADCAST MUSIC INC,                     No. C 09-05632 SI

6              Plaintiff,                    **ORDER OF DISMISSAL UPON
                                             SETTLEMENT**

7       v.

8   FOGWOMAN INC,

9              Defendant.
    _____/

10

11          The parties to the action, by their counsel, have advised the court that they have agreed

12  to a settlement.

13          IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.  However, that

14  if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel,

15  within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order

16  shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

17

18  Dated:                                   _____
                                             SUSAN ILLSTON
19                                           United States District Judge

20

21

22

23

24

25

26

27

28